UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONI BONILLA, | CASE NO. CV14-2174 BRO-JPR |
| Plaintiff, | Judge Beverly Reid O'Connell |
| v. | |
| C.H.P. OFFICER JOSE A. RAMIREZ, et al., | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

The stipulation to dismiss between plaintiff, Aloni Bonilla and defendants, CHP Officers Jose A. Ramirez and Robert Bernardino, having been agreed to, fully executed and submitted and the Court having considered the stipulation, the court orders as follows:

All claims and causes of action against the defendants are hereby dismissed in their entirety, with prejudice and the defendants are dismissed from this action, with prejudice.  Each party shall bear his or her own costs and attorneys fees.

IT IS SO ORDERED

Dated: March 29, 2016

_____
Unites States District Judge

1